**FIRST DIVISION**
**BARNES, P. J.,**
**MCMILLIAN and MERCIER, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**September 27, 2018**

# In the Court of Appeals of Georgia

A17A1098. COATES v. THE STATE.

BARNES, Presiding Judge.

Hubert Coates was convicted of one count of possession of less than an ounce of marijuana and four counts of possession of a firearm by a convicted felon. The trial court sentenced Coates separately on each count, with the sentences to run consecutively. Coates filed a motion for new trial and to amend his sentence, which the trial court denied. Coates appealed, contending that the trial court erred in failing to merge his four firearm convictions. In *Coates v. State*, 342 Ga. App. 148 (802 SE2d 65) (2017), we affirmed Coates' convictions and sentences. However, in *Coates v. State*, __ Ga. __ (__ SE2d __) (Case No. S17G1949, decided Aug. 27, 2018), the Supreme Court reversed this Court's decision, vacated Coates' convictions and sentences for the four counts of possession of a firearm by a convicted felon, and

remanded for the trial court to convict and sentence Coates on only one of those counts. Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment vacated in part and case remanded with direction. McMillian and Mercier, JJ., concur.*